[No. 4474-1.   Division One.   July 18, 1977.]

JEANNETTE MARGARET WILDER, *Respondent,* v. LARRY EUGENE WILDER, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 7589, Howard A. Patrick, J., entered February 13, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4629-1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID KIZER, SR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73112, Gordon Swyter, J., entered April 14, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 4656-1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES HOWARD GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 76963, George H. Revelle, J., entered March 22, 1976. *Dismissed* by unpublished opinion per Andersen, J., concurred in by Farris, C.J., and Swanson, J.

[No. 4657-1.   Division One.   July 18, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN DRU KROPF, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 74356, Frank J. Eberharter, J., entered March 26, 1976. *Affirmed* by unpublished per curiam opinion.